429 A.2d 753

Commonwealth v. Isgriggs, Appellant.

Argued September 9, 1980. Paul W. Kilgore, for appellant; William L. Thurston, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.